FILED

2016 APR 12  AM 11:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED 16-0147M |
| v. | 3:12-cv-01210-D |
| Michael J. Sullivan | |
| DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Sidney A Fitzwater
in the Northern District of Texas on 07/31/2015
at 12:35 ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about July 31, 2015
in violation of Title  18  U.S.C., Section(s)  3146
to wit: ___

A warrant for defendant's arrest was issued by: U.S. District Judge Sidney A. Fitzwater

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ___4/12/16___, by

_____, Deputy Clerk.

_____
Signature of Agent

MIGUEL A. BARAJAS
Print Name of Agent

U.S. Marshal
Agency

Deputy
Title

CR-52 (05/98)                         AFFIDAVIT RE OUT-OF-DISTRICT WARRANT